**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00778-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

BRIAN HEATH,

    Plaintiff,

v.

NAVAJO EXPRESS, and
DON DIGBY,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has filed *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the documents are deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature
(8)   ___   is not on proper form

(9) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: <u>supporting affidavit is incomplete; questions regarding income are not answered in full</u>.

**Complaint, Petition or Application**:
(11) \_\_\_ is not submitted
(12) \_\_\_ is not on proper form
(13) \_\_\_ is missing an original signature by the prisoner
(14) \_\_\_ is missing page nos. \_\_\_
(15) \_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_ names in caption do not match names in text
(17) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED April 5, 2016, at Denver, Colorado.

BY THE COURT:

  s/ Gordon P. Gallagher
United States Magistrate Judge